

# United States Department of Justice
## United States Marshals Service
### District of Alaska

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska   99513-7568

**RECEIVED**
JAN 2 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **A00-165CIV** Original Writ of Execution

Date:  January 28, 2008

The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

Linda M. Cranmer
Civil Administrator/
Purchasing Agent

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

ORIGINAL
LODGED
JUL 1 4 2005

Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
(907) 258-6016
Attorneys for Trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LARRY D. COMPTON, TRUSTEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ART AND PATRICIA MARTINEZ, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. A00-0165 CV JKS |

**WRIT OF EXECUTION**
**[VIRGINIA GOLSAN]**

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On July 27, 2001, a Final Judgment against Virginia Golsan, in the amount of $19,432.27, was entered in the above-entitled court and action, in favor of Larry Compton, Trustee, as judgment creditor, and against Virginia Golsan as judgment debtor.

| Name and Address of Judgment Creditor |
|---|
| Larry Compton, Trustee <br> c/o Cabot Christianson, Esq. <br> CHRISTIANSON & SPRAKER <br> 911 W. 8th Avenue, Suite 302 <br> Anchorage, Alaska 99501 <br> (907) 258-6016 <br> Attorneys for Larry Compton, Trustee |

PAGE 1:    WRIT OF EXECUTION
H:\2096M\MA\MARTINEZ.368\WRIT OF EXECUTION.005.WPD

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

vs.

> Name and Address of Judgment Debtor
>
> Virginia Golsan
> 3207 W. 62nd Ave.
> Anchorage, AK 99502

**Amount of Final Judgment:**
$19,432.27

**Clerk's Fees:**
$182.83 in execution costs to U.S. Marshals Office.

**Interest:**
$2,645.69
Computed at the rate of 3.600% per annum from July 27, 2001, to July 11, 2005, with application of monies collected to outstanding costs and then to interest. Interest continues to accrue from July 11, 2005, at the rate of $1.80 per diem.

**Credit:**
Credit is given for payments and partial satisfaction in the total amount of : $1,480.23 representing debtor's interest in 2001 PFD seized; $886.05 representing debtor's interest in the 2003 PFD seized; and $735.88 representing debtor's interest in 2004 PFD seized.

**Actually Due:**
The sum of **$19,158.63** is ACTUALLY DUE as of July 11, 2005, and bearing interest at the rate of 3.600% in the amount of $1.80 per day from this date.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

PAGE 2:  WRIT OF EXECUTION
H:\2096M\MA\MARTINEZ.368\WRIT OF EXECUTION.005.WPD

HEREIN FAIL NOT, and have you then and there this writ:

~~Marvel Hansbraugh~~ Ida Romack
Clerk of the U.S. District Court

7-15-05          By: **Redacted Signature**
Date                   Deputy Clerk

| **UNITED STATES MARSHAL'S RETURN** |
|---|
| I received this writ on _____, and executed the same on _____. <br><br> United States Marshal <br><br> By:_____ <br> Deputy Marshal |

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

PAGE 3:    WRIT OF EXECUTION
           H:\2096M\MA\MARTINEZ.368\WRIT OF EXECUTION.005.WPD